AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilson, Jr., William R | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>500 West Capitol, Suite D444<br>Little Rock, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | New Judicial College |
| 2. Board Member | Hendrix College |
| 3. Board Member | Federal Judges Association |
| 4. Board Member | Eighth Circuit Historical Society |
| 5. Board Member | Eighth Circuit Judicial Council |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 A 11: 50 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/09/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-Employed, Lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eighth Circuit | January 9, 2007 | Washington, D.C. | Council Meeting | transportation, lodging and meals |
| 2. | Jackson ● | January 16, 2007 | Fordyce, AR | Conference | meals |
| 3. | Jeffords ● | February 5, 2007 | Fayetteville, AR | Depositions | lodging & meals |
| 4. | Lloyd (● | February 12, 2007 | El Dorado, AR | Depositions | meals |
| 5. | Perez (● | Feburary 16, 2007 | White Hall, AR | Depositions | meals |

| | | | | |
|---|---|---|---|---|
| 6. | Sauthia ● | March 7, 2007 | Jonesboro, AR | Conference | meals |
| 7. | Garner ● | March 14, 2007 | Baton Rouge, LA | Depositions | transportation, lodging and meals |
| 8. | Williams ● | April 15, 2007 | Nevada County, AR | Conference | meals |
| 9. | Rowland ● | May 6, 2007 | St. Louis, MO | Eighth Circuit | transportation, lodging and meals |
| 10. | Rhodes ● | May 7, 2007 | Fordyce, AR | Conference | meals |
| 11. | Federal Judges Association | May 5, 6, 7, 1007 | Arlington, VA | Association Meeting | transportation, lodging and meals |
| 12. | Williams ● | May 27, 2007 | Nevada County, AR | Conference | meals |
| 13. | Eighth Circuit | July 9 - 13, 2007 | Vail, CO | Judicial Conference | transportation, lodging and meals |
| 14. | Williams ● | July 19, 2007 | Nevada County, AR | Conference | meals |
| 15. | Williams ● | July 25, 2007 | Nevada County, AR | Conference | meals |
| 16. | Wild Wings | September 12 - 17, 2007 | Gregory, SD | Pheasant Hunt | transportation |
| 17. | Wild Wings | September 18 - 24, 2007 | Gregory, SD | Pheasant Hunt | transportation |
| 18. | Kanatzar ● | October 1, 2007 | Chatanooga, TN | Depositions | transportation, lodging and meals |
| 19. | Blair ● | October 5, 2007 | Texarkana, TX | Depositions | meals |
| 20. | Gavin ● | October 5, 2007 | Memphis, TN | Investigation | meals |
| 21. | Watkins ● | November 13, 2007 | San Antonio, TX | Conference | transportation, lodging and meals |
| 22. | Wild Wings | Nov. 28 - Dec. 3, 200 | Gregory, SD | Pheasant Hunt | transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chart Bank | Line of Credit | M |
| 2. | One Banc | Firm Line of Credit | M |
| 3. | Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hotchkis & Wiley All Cap Value | | None | K | T | | | | | Stephens, Inc. |
| 2. ----- | | None | K | T | Buy | 1/2 | K | | Stephens, Inc. |
| 3. ------ | | None | K | T | Buy | 12/26 | K | | Stephens, Inc. |
| 4. Alliance Small Cap Growth | | None | K | T | | | | | Stephens, Inc. |
| 5. Equity 500 Index | | None | J | T | | | | | Stephens, Inc. |
| 6. Lazard Small Cap Value changed to Multimanager Small Cap | | None | J | T | | | | | Stephens, Inc. |
| 7. Marisco Focus | | None | K | T | | | | | Stephens, Inc. |
| 8. Mercury Basic Value Equity became Blackrock Basic Value | | None | J | T | | | | | Stephens, Inc. |
| 9. Small Company Index | | None | J | T | | | | | Stephens, Inc. |
| 10. Van Kampen Emerg Mkt Equity | | None | K | T | | | | | Stephens, Inc. |
| 11. Allianz | | None | K | T | | | | | Stephens, Inc. |
| 12. ----- | A | Dividend | K | T | Partial Sell | 3/15 | K | A | Stephens, Inc. |
| 13. ----- | A | Dividend | | | sell | 12/11 | K | A | Stephens, Inc. |
| 14. American Funds Growth | A | Dividend | K | T | | | | | Stephens, Inc. |
| 15. ----- | | None | K | T | Buy | 12/7 | K | | Stephens, Inc. |
| 16. ----- | | None | K | T | Buy | 12/20 | K | | Stephens, Inc. |
| 17. Blackrock Intl Bond Inv | | None | K | T | buy | 9/5 | K | | Stephens, Inc. |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ----- | | None | K | T | Buy | 3/1 | K | | Stephens, Inc. |
| 19. ----- | | None | K | T | Buy | 9/4 | K | | Stephens, Inc. |
| 20. ----- | B | Dividend | | | Sell | 9/24 | K | B | Stephens, Inc. |
| 21. Calamos Growth | A | Dividend | | | Sell | 1/11 | J | | Stephens, Inc. |
| 22. Columbia Acorn International | | None | J | T | | | | | Stephens, Inc. |
| 23. ----- | A | Dividend | J | T | Partial Sell | 3/15 | J | A | Stephens, Inc. |
| 24. ----- | | None | K | T | Buy | 12/7 | K | | Stephens, Inc. |
| 25. ----- | | None | K | T | Buy | 12/13 | K | | Stephens, Inc. |
| 26. Dodge and Cox International | | None | J | T | | | | | Stephens, Inc. |
| 27. ----- | A | Dividend | J | T | Partial Sell | 3/15 | J | A | Stephens, Inc. |
| 28. ----- | | None | K | T | Buy | 12/5 | K | | Stephens, Inc. |
| 29. Janus Mid Cap Value Fund | | None | J | T | | | | | Stephens, Inc. |
| 30. ----- | | None | J | T | Buy | 12/5 | J | | Stephens, Inc. |
| 31. ----- | | None | J | T | Buy | 12/18 | J | | Stephens, Inc. |
| 32. Loomis Sayles Global | | None | K | T | Buy | 11/1 | K | | Stephens, Inc. |
| 33. ----- | | None | K | T | Buy | 12/5 | K | | Stephens, Inc. |
| 34. ----- | | None | K | T | Buy | 12/18 | K | | Stephens, Inc. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Pimco Total Return Fund | | None | K | T | | | | | Stephens, Inc. |
| 36.   ----- | | None | K | T | Buy | 3/1 | K | | Stephens, Inc. |
| 37.   ----- | | None | K | T | Buy | 9/4 | K | | Stephens, Inc. |
| 38.   ----- | | None | K | T | Buy | 10/24 | K | | Stephens, Inc. |
| 39.   ----- | | None | K | T | Buy | 11/1 | K | | Stephens, Inc. |
| 40.   ----- | | None | K | T | Buy | 12/3 | K | | Stephens, Inc. |
| 41.   ----- | | None | K | T | Buy | 12/7 | K | | Stephens, Inc. |
| 42.   T Rowe Price Real Estate | | None | J | T | | | | | Stephens, Inc. |
| 43.   ----- | | None | J | T | Buy | 3/1 | J | | Stephens, Inc. |
| 44.   ----- | A | Dividend | J | T | Buy | 3/15 | J | | Stephens, Inc. |
| 45.   ----- | | None | J | T | Buy | 9/4 | J | | Stephens, Inc. |
| 46.   ----- | | None | J | T | Buy | 12/5 | J | | Stephens, Inc. |
| 47.   T Rowe Value Fund | | None | K | T | | | | | Stephens, Inc. |
| 48.   ----- | | None | K | T | Buy | 3/1 | K | | Stephens, Inc. |
| 49.   ----- | B | Dividend | K | T | Partial Sell | 3/15 | K | B | Stephens, Inc. |
| 50.   ----- | | None | K | T | Buy | 9/4 | J | | Stephens, Inc. |
| 51.   ----- | | None | J | T | Buy | 12/5 | J | | Stephens, Inc. |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Royce Total Retrun Fund | | None | K | T | | | | | Stephens, Inc. |
| 53. ----- | | None | | T | Buy | 3/1 | K | | Stephens, Inc. |
| 54. ----- | | None | | T | Partial Sell | 3/15 | K | B | Stephens, Inc. |
| 55. ----- | | None | | T | Buy | 9/4 | K | | Stephens, Inc. |
| 56. ----- | | None | | T | Buy | 12/7 | L | | Stephens, Inc. |
| 57. ----- | | None | | T | Buy | 12/11 | L | | Stephens, Inc. |
| 58. SSGA Emerging Markets | | None | J | T | | | | | Stephens, Inc. |
| 59. ----- | A | Dividend | J | T | Partial Sell | 3/15 | J | A | Stephens, Inc. |
| 60. ----- | A | Dividend | J | T | Partial Sell | 9/24 | J | A | Stephens, Inc. |
| 61. ----- | | None | J | T | Buy | 11/1 | J | | Stephens, Inc. |
| 62. ----- | B | Dividend | J | T | Partial Sell | 12/5 | J | B | Stephens, Inc. |
| 63. ----- | | None | J | T | Buy | 12/19 | J | | Setphens, Inc. |
| 64. Sentinel Small Company | | None | K | T | | | | | Stephens, Inc. |
| 65. ----- | | None | K | T | Buy | 12/7 | K | | Stephens, Inc. |
| 66. ----- | | None | K | T | Buy | 12/26 | K | | Stephens, Inc. |
| 67. Thornburg Core Growth | | None | J | T | Buy | 1/12 | J | | Stephens, Inc. |
| 68. ----- | | None | J | T | Buy | 11/1 | J | | Stephens, Inc. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Service on the Board of Directors for the Judicial College and Hendrix College are not paid positions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544